1  DANIEL G. BOGDEN
   United States Attorney
2
   BLAINE T. WELSH
3  Assistant United States Attorney
   Nevada Bar No. 4790
4  333 Las Vegas Boulevard South, Suite 5000
   Las Vegas, Nevada 89101
5  Tele: (702) 388-6336
   Fax: (702) 388-6787
6  Email: *blaine.welsh@usdoj.gov*

7  Attorneys for the United States.

8

9                  UNITED STATES DISTRICT COURT

10                        DISTRICT OF NEVADA

11

12 CLAYTON R. BAKER,                    )
                                        )
13              Plaintiff,              )  Case No. 2:11-cv-00982
                                        )
14       v.                             )
                                        )
15 NEIL H. CABUHAT, individually, DOES I-)
   X, and ROE CORPORATIONS I-X,         )
16 inclusive,                           )
                                        )
17              Defendants.             )
                                        )

18

19

20  **NOTICE OF SUBSTITUTION OF UNITED STATES AS DEFENDANT AND ORDER**

21         The United States hereby notifies Plaintiff and the Court that because the United States

22  Attorney has certified that named Defendant Neil H. Cabuhat was a federal employee and was

23  acting in the course and scope of his employment at all times relevant to the events alleged in

24  Plaintiff's Complaint, this action "shall be deemed an action or proceeding brought against the

25  United States . . . and the United States shall be substituted as the party defendant." 28 U.S.C. §

26  2679(d)(2).

Based on the foregoing, the United States Attorney's certification automatically makes the United States the defendant in this case and the caption to this case should be amended by removing Defendant Neil H. Cabuhat and substituting the United States as the defendant.

DATED this 15th day of June 2011.

>Respectfully submitted,
>
>DANIEL G. BOGDEN
>United States Attorney
>
> /s/ Blaine T. Welsh
>BLAINE T. WELSH
>Assistant United States Attorney

>IT IS SO ORDERED:
>
>_____
>UNITED STATES DISTRICT JUDGE
>
>DATED: 6/21/2011