1  Adam D. Smith, Esq.
   Nevada Bar No. 9690
2  GLEN J. LERNER & ASSOCIATES
   4795 South Durango Drive
3  Las Vegas, Nevada 89147
   Telephone:  (702) 877-1500
4  Facsimile:  (702) 932-7043
   E-mail: asmith@glenlerner.com
5  Attorneys for Plaintiff

6              UNITED STATES DISTRICT COURT

7                 DISTRICT OF NEVADA

8
   CLAYTON R. BAKER,                      )
9                                         )  CASE NO.:  2:11-cv-00982-KJD-LRL
            Plaintiff,                    )
10      vs.                               )
                                          )  STIPULATION AND ORDER TO
11 UNITED STATES OF AMERICA, DOES I-X, and )  DISMISS WITHOUT PREJUDICE
   ROE CORPORATIONS I-X, inclusive,       )
12                                        )
            Defendants.                   )
13 _____)

14       WHEREAS, Plaintiff filed his Complaint in this action against Neil H. Cabuhat ("Cabuhat")

15 in the Eighth Judicial District Court, Clark County, Nevada, on May 10, 2011;

16       WHEREAS, on June 10, 2011, the United States District Attorney, by virtue of the authority

17 vested in him by the Attorney General of the United States of America under 28 CFR § 15.4,

18 executed a Certification of Scope of Employment pursuant to 28 U.S.C. § 2679(d)(2) (the

19 "Certification"), certifying that Cabuhat was acting within the course and scope of his employment

20 as an employee of the United States Air Force at the time of the incident referred to in Plaintiff's

21 Complaint;

22       WHEREAS, based upon the Certification, the United States of America was substituted as

23 Defendant in this action in the place and stead of Cabuhat pursuant to 28 U.S.C. § 2679(d)(2) on

24 June 22, 2011;

25       WHEREAS, Defendant, United States of America, filed its Notice of Removal of this action

26 to this Court pursuant to 28 U.S.C. §§ 1442(a) and 2679(d)(2) on June 22, 2011;

27       WHEREAS, Defendant, United States of America, filed a Motion to Dismiss on June 22,

28 2011; and

                                   1

1    WHEREAS, based upon the Certification, the parties desire to stipulate to the dismissal of

2  Plaintiff's Complaint without prejudice.

3    Based upon the foregoing,

4    IT IS HEREBY STIPULATED that Plaintiff's Complaint shall be dismissed without

5  prejudice;

6    IT IS FURTHER STIPULATED that Plaintiff may re-file his Complaint against the United

7  States of America within six months after the date of mailing of notice of final denial of Plaintiff's

8  administrative claim pursuant to 28 U.S.C. § 2401(b); and

9    IT IS FURTHER STIPULATED that, by entering into this Stipulation, the United States

10 does not waive any right, claim, or defense the United States has or may have with respect to any re-

11 filed Complaint.

12 Dated this 13 day of July, 2011            Dated this 12th day of July, 2011

13 GLEN J. LERNER & ASSOCIATES            UNITED STATES ATTORNEY

14

15 By: _____            By: _____
          Adam D. Smith                                Blaine T. Welsh
16      4795 South Durango Drive                    Assistant United States Attorney
        Las Vegas, Nevada 89147                     333 Las Vegas Boulevard South
17                                                   Suite 5000
                                                     Las Vegas, Nevada 89101
18
                        **IT IS SO ORDERED:**
19
          DATED this 14 day of July , 2011
20

21

22                                                   _____
                                                     UNITED STATES DISTRICT JUDGE
23 Respectfully Submitted:

24 GLEN J. LERNER & ASSOCIATES

25
   By: _____
26 Adam D. Smith, Esq.
   Nevada Bar No. 9690
27 4795 South Durango Drive
   Las Vegas, Nevada 89147
28 Attorneys for Plaintiff